IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-40004-022-JLF |
| ) | |
| ROLLAND D. WALLER, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

**FOREMAN, District Judge:**

Pursuant to 28 U.S.C. § 636 and upon defendant's consent, (Doc.583), this case was referred to United States Magistrate Judge Donald G. Wilkerson to conduct a plea hearing. No objections have been filed to the Report and Recommendation, which was filed on May 31, 2006 (Doc.588). Upon review of the Report and Recommendation, the Court finds that the guilty plea hearing was conducted in accordance with the requirements of Federal Rule of Criminal Procedure 11, that defendant is fully competent and capable of entering an informed plea, and that his plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ADOPTS** the Report and Recommendation, (Doc.588), and **ACCEPTS** defendant's plea of guilty. The Court adjudicates defendant guilty of Count I of the Second Superseding Indictment, and **DIRECTS** that a presentence report be prepared. Sentencing is scheduled for September 11, 2006, 1:30 p.m.

**IT IS SO ORDERED.**          *s/ James L. Foreman*
**DATED: July 10, 2006.**          **DISTRICT JUDGE**